# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

OCCIDENTAL CHEMICAL
CORPORATION

NO.   2020 CW 1192

VERSUS

RICHARD P. IEYOUB

**NOVEMBER 30, 2020**

---

In Re:   Texas Brine Company, LLC, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 699850.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**TMH
MRT
EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT